**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                             4:08CR00439 JTR

ROBERT POOL

**ORDER**

The Government has filed a Motion requesting dismissal of its Petty Offense Information charging Defendant with failure to pay the fee for admission and use of the Spring Lake recreation area, in violation of 36 C.F.R. § 261.15. (Docket entry #7.) According to the Government, Defendant was personally served with a summons on January 12, 2009, but he did not appear for his January 13, 2009 plea and arraignment. Subsequent mailings to Defendant have been returned as undeliverable. Based on these circumstances, the Government requests leave to dismiss.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and General Order 52 of the Eastern District of Arkansas, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #7) is GRANTED.

Dated this 27th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE